**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-1268**

—————

WILLIE H. MITCHELL, JR.,

Plaintiff - Appellant,

versus

C. STERLING HANCOCK, JR.; JODIE RHEA,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, Chief District Judge. (CA-02-5)

—————

Submitted: April 25, 2002        Decided: May 6, 2002

—————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Willie H. Mitchell, Jr., Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie H. Mitchell, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mitchell v. Hancock, No. CA-02-5 (E.D.N.C. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED